**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| RICHARD LOVELESS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. |
| PILOT TRAVEL CENTERS, LLC | ) ) Removal from the Circuit Court of Cook ) County, Illinois |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant, PILOT TRAVEL CENTERS, LLC ("Pilot"), by its attorneys, Scott C. Bentivenga and Joshua D. Arenson of Lewis Brisbois Bisgaard & Smith LLP, and pursuant to 28 U.S.C. §1441, §1446 and §1332, hereby files its Notice of Removal of this cause to the United States District Court for the Northern District of Illinois from the Circuit Court of Cook County, Illinois. In support, Pilot states as follows:

1. On June 6, 2022, Plaintiff, RICHARD LOVELESS, filed an action in the Circuit Court of Cook County, Illinois, entitled *Richard Loveless v. Pilot Travel Centers, LLC, a Delaware LLC*, under case number 2022 L 005005. Attached as **Exhibit A** is a true and accurate copy of Plaintiff's Complaint.

2. Pilot was served with a copy of the Complaint via its registered agent on June 16, 2022 (See Ex. A), and brings this Notice of Removal within 30 days thereof.

3. Pilot asserts that the United States District Court for the Northern District of Illinois has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332, that this action is one which may be removed pursuant to 28 U.S.C. §1441, in that the parties are citizens of different states, and the amount in controversy exceeds the sum of $75,000.

4854-0371-6392.1

4.	Pilot is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in Knoxville, Tennessee. Pilot is composed of three members: (a) National Indemnity Company; (b) Pilot Corporation; and (c) FJM Investments LLC. The citizenship of each of Pilot's members is listed below.

5.	National Indemnity Company is a Nebraska corporation. The officers and decision makers of National Indemnity Company direct, control and coordinate the business activity of National Indemnity Company from the company's headquarters in Omaha, Nebraska.

6.	Pilot Corporation is a Tennessee corporation. The officers and decision makers of Pilot Corporation direct, control and coordinate the business activity of Pilot Corporation from the company's headquarters in Knoxville, Tennessee.

7.	FJM Investments, LLC is a Utah limited liability company composed of one member, FJ Management, Inc. FJ Management Inc. is a Utah corporation. The officers and decision makers of FJ Management Inc. direct, control and coordinate the business activity of FJ Management Inc. from the company's headquarters in Ogden, Utah.

8.	Plaintiff resides at 1037 Patterson Street in Newport, Kentucky 41071 and is a citizen of Kentucky. Therefore, complete diversity exists as Plaintiff does not share a state of citizenship with Defendant.

9.	In Plaintiff's Complaint, Plaintiff prays for judgment against Defendant in excess of $50,000, as confirmed in Plaintiff's counsel's affidavit (See Ex. A.). Plaintiff's counsel has also confirmed that "the case is definitely more than $75,000 in damages…" (See Email from Plaintiff's Counsel Matt Karchmar dated June 26, 2022, attached as Exhibit B). Accordingly, the amount in controversy exceeds the sum of $75,000.

10. Pilot is contemporaneously serving written notice of the filing of this Notice of Removal to the parties and the Clerk of the Circuit Court of Cook County, Illinois, pursuant to 28 USC §1446(d).

### JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Defendant Pilot Travel Centers, LLC, respectfully demands a jury trial on all triable issues in this action.

WHEREFORE, Defendant, Pilot Travel Centers, LLC, respectfully requests that this case proceed before the United States District Court for the Northern District of Illinois as an action properly removed.

Respectfully submitted,

/s/ Joshua D. Arenson
Scott C. Bentivenga (ARDC #: 6198298)
Joshua D. Arenson (ARDC # 6337601)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
T (312) 345-1718/F (312) 345-1778
Scott.Bentivenga@lewisbrisbois.com
Joshua.Arenson@lewisbrisbois.com
***Attorneys for Pilot Travel Centers, LLC***

4854-0371-6392.1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 15th day of July 2022, which will send electronic notification to the attorneys of records at the email addresses on file with the Court.

                                               *s/ Joshua D. Arenson*
                                               Joshua D. Arenson

4854-0371-6392.1

FILED
6/6/2022 12:00 AM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2022L005005
Calendar, X
18162186

FILED DATE: 6/6/2022 12:00 AM    2022L005005

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| RICHARD LOVELESS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2022L005005 |
| v. ) | |
| ) | Amount: in excess of $ 50,000.00 |
| PILOT TRAVEL CENTERS LLC, ) | |
| a Delaware LLC, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

NOW COMES the Plaintiff, RICHARD LOVELESS, by and through his attorneys, KARCHMAR & LAMBERT, P.C., and complaining of the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, alleges as follows:

1. That on or about January 16, 2021, the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, owned, maintained, managed, controlled, and held out as being reasonably safe for use a certain property located at 40 E. Laraway Road, City of Joliet, County of Will, and State of Illinois.

2. That on or about January 16, 2021, the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, acted by and through its' agents, servants, and/or employees acting within the scope of said agency, service, and/or employment.

3. That on or about January 16, 2021, the Plaintiff, RICHARD LOVELESS, was a business invitee on the property located at 40 E. Laraway Road, City of Joliet, County of Will, and State of Illinois.

4. At all times relevant herein, the Plaintiff, RICHARD LOVELESS, exercised due care

1

**EXHIBIT A**

and caution for his own safety and that of others around him.

5. That on and prior to January 16, 2021, the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, voluntarily undertook a duty to provide a safe entrance to the property by placing non-skid and/or water-absorbent mats in the entrance vestibule of the premises.

6. At all times relevant herein, it was the duty of the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, to exercise reasonable care and diligence to keep and maintain its premises in a reasonably safe condition for ordinary use, and to warn Plaintiff of any dangerous condition on the premises which might injure him.

7. At all times relevant herein, it was the duty of the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, to provide a reasonably safe means of ingress and egress to the premises.

8. Nevertheless, at said time and place, and in disregard of its aforesaid duties, the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, caused and/or permitted a dangerous condition of an unnatural accumulation of water and/or other liquid to exist in the entrance vestibule to the premises, and as a direct and proximate result, the Plaintiff, RICHARD LOVELESS, without any fault on his part, was forced to be thrown with great force and violence to the ground, where he sustained serious and permanent injuries as hereinafter alleged.

9. Thus, at said time and place, the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, was guilty of one or more of the following negligent acts and/or omissions:

FILED DATE: 6/6/2022 12:00 AM 2022L005005

(a) Carelessly and negligently removed the non-skid and/or water-absorbent mats from the entrance vestibule when it knew or should have known that an unnatural accumulation of water and/or other liquid was present on the floor of the entrance vestibule;

(b) Carelessly and negligently allowed the non-skid and/or water-absorbent mats to be removed from the entrance vestibule when it knew or should have known that an unnatural accumulation of water and/or other liquid was present on the floor of the entrance vestibule;

(c) Carelessly and negligently failed to replace the non-skid and/or water-absorbent mats in the entrance vestibule when it knew or should have known that an unnatural accumulation of water and/or other liquid was present on the floor of the entrance vestibule;

(d) Carelessly and negligently caused and/or permitted an unnatural accumulation of water and/or other liquid on the entrance vestibule floor when it knew or should have known that the water and/or other liquid produced a dangerous condition to the premises;

(e) Carelessly and negligently failed to warn Plaintiff of the unnatural accumulation of water and/or other liquid on the entrance vestibule floor when it knew or should have known that the water and/or other liquid produced a dangerous condition to the premises;

(f) Was otherwise careless and/or negligent in the ownership, maintenance and operation of the premises.

10. As a direct and proximate result of the careless and negligent conduct of the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, the Plaintiff, RICHARD LOVELESS, slipped and fell on the unnatural accumulation of water and/or other liquid and then and there sustained severe and permanent injuries, and as a direct result of this he has been compelled and will be compelled to expend and become legally liable for large sums of money for medical and surgical services, nursing care and attention in and about endeavoring to become healed and cured of his injuries, and he incurred and will incur in the future a great deal of pain and suffering, and he was and will be hindered and prevented from attending to his usual affairs and duties, including employment, and has thereby lost and will in the future he will lose large sums of money which would otherwise have accrued to him.

FILED DATE: 6/6/2022 12:00 AM 2022L005005

WHEREFORE, the Plaintiff, RICHARD LOVELESS, prays for judgment against the Defendant, PILOT TRAVEL CENTERS, LLC, a Delaware LLC, in an amount in excess of FIFTY THOUSAND DOLLARS ($ 50,000.00).

_Matthew Karchmar_
Matthew B. Karchmar

Matthew B. Karchmar
Karchmar & Lambert, P.C.
211 W. Wacker, Suite 1400
Chicago, IL 60606
Phone: (312)977-1300
Fax: (312) 977-1999
Email: matt@karchmarlambert.com
Cook County Firm # 39922

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - LAW DIVISION

| | |
|---|---|
| RICHARD LOVELESS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2022L005005 ) |
| PILOT TRAVEL CENTERS LLC, a Delaware LLC, | ) Amount: in excess of $ 50,000.00 ) ) ) |
| Defendant. | ) ) |

### AFFIDAVIT PURSUANT TO 222(b)

That I, Matthew B. Karchmar, do hereby attest under oath to the following:

1. That I am the attorney for the Plaintiff, RICHARD LOVELESS.

2. That the money damages sought in this matter does exceed $ 50,000.00 (FIFTY THOUSAND DOLLARS).

I, Matthew B. Karchmar, an attorney, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Matthew B. Karchmar

Matthew B. Karchmar
Karchmar & Lambert, P.C.
211 W. Wacker, Suite 1400
Chicago, IL 60606
Phone: (312)977-1300
Fax: (312) 977-1999
Email: matt@karchmarlambert.com
Cook County Firm # 39922

5



**CT Corporation**
**Service of Process Notification**
06/16/2022
CT Log Number 541761267

## Service of Process Transmittal Summary

**TO:** Kristin Seabrook, General Counsel
Pilot Flying J
5508 Lonas Dr
Knoxville, TN 37909-3221

**RE:** **Process Served in Illinois**

**FOR:** Pilot Travel Centers LLC  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RICHARD LOVELESS vs. Pilot Travel Centers LLC |
| **CASE #:** | 2022L005005 |
| **PROCESS SERVED ON:** | C T Corporation System, Chicago, IL |
| **DATE/METHOD OF SERVICE:** | By Process Server on 06/16/2022 at 03:04 |
| **JURISDICTION SERVED:** | Illinois |
| **ACTION ITEMS:** | CT will retain the current log |
| | Image SOP |
| | Email Notification,  Kristin Seabrook  Kristin.Seabrook@pilottravelcenters.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
208 South LaSalle Street
Suite 814
Chicago, IL 60604
866-401-8252
EastTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, Jun 16, 2022
**Server Name:** Sheriff Drop

| Entity Served | PILOT TRAVEL CENTERS LLC |
|---|---|
| Case Number | 2022L005005 |
| Jurisdiction | IL |

| Inserts ||
|---|---|
| | |



| | |
|---|---|
| Subject: | RE: Richard Loveless v Pilot Travel Centers, 2022-L-005005 |
| Date: | 6/26/2022 3:07 PM |
| From: | "Matt Karchmar" <matt@karchmarlambert.com> |
| To: | "Bentivenga, Scott" <Scott.Bentivenga@lewisbrisbois.com> |
| Cc: | "Arenson, Joshua" <Joshua.Arenson@lewisbrisbois.com> |

**This message could be suspicious**
- Similar name as someone in your company.
- You've never replied to this person.

Report or Mark as Safe

Hi Scott and Josh-

The case is definitely more than $ 75,000 in damages, however, I'm not sure there is complete diversity for removal.



Thanks,

Matt

---

**From:** Bentivenga, Scott <Scott.Bentivenga@lewisbrisbois.com>
**Sent:** Thursday, June 23, 2022 10:09 AM
**To:** Matt Karchmar <matt@karchmarlambert.com>
**Cc:** Arenson, Joshua <Joshua.Arenson@lewisbrisbois.com>
**Subject:** Richard Loveless v Pilot Travel Centers, 2022-L-005005

Good morning Matt,
Josh Arenson and I will be representing Pilot in this matter. At your convenience, please give me a call to discuss the case and your client's injuries and damages. We plan to remove the case to federal court, provided that you and your client are claiming $75,000 in damages or more. Please let us know if you are claiming more than or less than $75,000 in damages. Thank you.
Scott



**Scott C. Bentivenga** ABOTA
Partner
Scott.Bentivenga@lewisbrisbois.com

**T:** 312.463.3341  **F:** 312.345.1778  **M:** 312.961.7446

550 West Adams Street, Suite 300, Chicago, IL 60661  |  **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**

This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**EXHIBIT B**